IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
IN RE                         )
                              )
PEGGY ANN VAUGHN,             )
                              )
    Debtor.                   )
                              )
CENTRAL MISSISSIPPI           )   CIVIL ACTION NO.
CREDIT CORPORATION,           )     3:15cv579-MHT
                              )        (WO)
    Appellant,                )
                              )
    v.                        )
                              )
PEGGY ANN VAUGHN,             )
                              )
    Appellee.                 )
```

### JUDGMENT

It is the ORDER, JUDGMENT, AND DECREE of the court that appellant Central Mississippi Credit Corporation's motion for leave to appeal (doc. no. 1) is denied and the appeal is dismissed.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed in this court.

DONE, this the 3rd day of August, 2016.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE